**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cr-80035-BLOOM/Mathewman**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BERT SOLOMON ELIZEE,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Defendant Bert Solomon Elizee's Motion for Reduction in Sentence ("Motion"), ECF No. [53]. The Court referred the Motion to Chief Magistrate Judge William Matthewman for a Report and Recommendation. ECF No. [56]. On February 25, 2026, Judge Matthewman issued a Report and Recommendation recommending that Defendant's Motion be denied. *See* ECF No. [57].

The Report and Recommendation advised the parties they had "fourteen (14) days from the date of being served with a copy of th[e] Report and Recommendation within which to file written objections, if any, with [this Court.]" *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Matthewman's Report and Recommendation, the record, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Matthewman's Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Motion is denied.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

Case No. 17-cr-80035-BLOOM/Mathewman

1. The Report and Recommendation, **ECF No. [57]**, is **ADOPTED**.

2. Defendant's Motion for Reduction in Sentence, **ECF No. [53]**, is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on March 12, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2